FILED
7/8/16 3:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kevin Mark Lewis and Sarah Elizabeth Lewis f/k/a Sarah Elizabeth Jenkins f/k/a Sarah Elizabeth Noullet<br>    Debtors. | BANKRUPTCY CASE NUMBER 16-21810/GLT |
| | CHAPTER 7 |
| JPMorgan Chase Bank, National Association<br>    Movant, | 11 U.S.C. § 362 |
| v. | Hearing Date and Time: July 21, 2016, at 9:00 AM |
| Kevin Mark Lewis and Sarah Elizabeth Lewis f/k/a Sarah Elizabeth Jenkins f/k/a Sarah Elizabeth Noullet<br>    Debtors/Respondents. | Objections due by: July 3, 2016<br><br>Related to Dkt. No. 19 |
| Natalie Lutz Cardiello, Trustee<br>    Additional Respondent. | |

## MODIFIED DEFAULT ORDER

AND NOW, this  8th  day of  July,  2016, at the Western District of Pennsylvania, upon the consideration of the Amended Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtors to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 335 Kline Avenue, North Versailles, PA 15137; and it is

Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee and U.S. Trustee. Movant shall file a certificate of service within 3 days hereof.

Prepared by:  Kevin Frankel, Esq.

**DEFAULT ENTRY**

Dated: July 08, 2016

Gregory L. Addonio    **cgt**
United States Bankruptcy Judge

Case Administrator to serve:  Kevin Frankel, Esq.